**Order entered July 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00399-CV**

## IN THE INTEREST OF M.P.B., ET AL ., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00678-W**

## ORDER

Before the Court is the Department of Family and Protective Services' July 14, 2022 first motion to extend time to file its response brief to Father's brief. The Department seeks a twenty-day extension.

We note Mother's brief was received June 29, 2022 but was not filed and as a result has not triggered the deadline for the filing of the Department's brief in response to her brief. Accordingly, we **ORDER** Mother's brief filed as of the date of this order. Because this is an accelerated appeal subject to accelerated disposition, we **GRANT** the Department's motion to the extent we **ORDER** the Department's brief in response to Father's brief be filed no later than August 1,

2022.   The Department's brief in response to Mother's brief shall also be filed no later than August 1, 2022.   *See* TEX. R. APP. P. 2, 38.6(d).

/s/     CRAIG SMITH
          JUSTICE